# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANTHONY MCMICHAEL,<br><br>              Defendant. | 2:13-cr-00325-LDG-VCF<br><br>**MINUTE ORDER** |

Before the Court is *United States of America v. Anthony McMichael*, case no. 2:13-cr-00325-LDG-VCF.

IT IS HEREBY ORDERED that a status hearing is scheduled for 2:00 p.m., April 7, 2014, in Courtroom 3D.

DATED this 4th day of April, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE