RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Anthony McMichael

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ANTHONY McMICHAEL,<br><br>         Defendant. | 2:13-cr-000325-LDG-VCF<br><br>**UNOPPOSED MOTION TO WITHDRAW THE MOTION TO SUPPRESS (CR # 22) WITHOUT PREJUDICE** |

COMES NOW the defendant, Anthony McMichael, by and through his counsel of record, Rachel Korenblat, Assistant Federal Public Defender, and files this Unopposed Motion to Withdraw the Motion to Suppress Physical Evidence and Statements Due to an Impermissible Detention and Frisk and Statements for Failure to Give *Miranda* Warning without prejudice. This pleading is based upon the attached Memorandum of Points and Authorities and all of the papers and pleadings on file herein.

DATED this 12th Day of May, 2014.

RENE L. VALLADARES
Federal Public Defender

  /s/ Rachel Korenblat
RACHEL KORENBLAT
Assistant Federal Public Defender

**POINTS AND AUTHORITIES**

On March 7, 2014, counsel for Mr. McMichael filed a Motion to Suppress Physical Evidence and Statements Due to an Impermissible Detention and Frisk and Statements for Failure to Give *Miranda* Warning. (CR # 22.) The Court granted several stipulations to extend the government's time to respond to the motion to allow the parties to engage in plea negotiations to ultimately resolve the case. (CR ## 30, 34, 36.)   Based on the last stipulation, on April 29, 2014, the Court ordered that the government's response is due by May 13, 2014. (CR # 36.)

On May 9, 2014, Mr. McMichael signed a plea agreement offered to him by the government. The government also executed the plea agreement and forwarded to the Court to set a Change of Plea Hearing date. No date has been set yet. To save the government from filing a response to a motion that will be moot if Mr. McMichael pleads guilty and the Court accepts that plea, Mr. McMichael requests that his Motion to Suppress be withdrawn, without prejudice. If Mr. McMichael does not ultimately enter a guilty plea or the Court does not accept his guilty plea, then the parties will file a stipulation to reset the motion dates to litigate the suppression motion.

DATED this 12th day of May, 2014.

        Respectfully submitted,
        RENE L. VALLADARES
        Federal Public Defender

        /s/ Rachel Korenblat
        RACHEL KORENBLAT
        Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY McMICHAEL,<br>    Defendant. | 2:13-cr-000325-LDG-VCF<br><br>**ORDER TO TO WITHDRAW THE<br>MOTION TO SUPPRESS (CR # 22)<br>WITHOUT PREJUDICE** |

    Based on the Unopposed Motion to Withdraw the Motion to Suppress Physical Evidence and Statements Due to an Impermissible Detention and Frisk and Statements for Failure to Give *Miranda* Warning (the "Motion") and good cause appearing therefore,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED that the Motion is hereby GRANTED, and the Motion to Suppress (CR # 22) is withdrawn without prejudice.

    DATED this 12th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law Offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on May 12, 2014, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO WITHDRAW THE MOTION TO SUPPRESS (CR 21) WITHOUT PREJUDICE** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>PHILLIP N. SMITH, JR.
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

>*/s/ Karen Meyer*
>Employee of the Federal Public Defender