RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
SUNETHRA MURALIDHARA
Nevada State Bar No. 13549
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Nisha_Brooks-Whittington@fd.org
Sunethra_Muralidhara@fd.org

Attorneys for Anthony McMichael

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MCMICHAEL,<br><br>Defendant. | Case No. 2:13-cr-00325-LDG-VCF<br><br>**NOTICE CONCERNING THE UNITED STATES SUPREME COURT'S DECISION IN *BECKLES v. UNITED STATES* AND MOTION TO DEFER RULING FOR 30 DAYS** |

Petitioner/Defendant, ANTHONY MCMICHAEL, through undersigned counsel, Assistant Federal Public Defenders, NISHA BROOKS-WHITTINGTON and SUNETHRA MURALIDHARA, hereby requests that the Court defer ruling on his Motion to Vacate, Set Aside, or Correct Criminal Convictions and Sentence Pursuant to 28 U.S.C. § 2255 ("Motion to Vacate") for thirty (30) days.

Undersigned counsel are aware that the Supreme Court issued its ruling in *Beckles v. United States*, No. 15-8544, 2017 WL 855781 (U.S. Mar. 6, 2017).  Undersigned counsel are currently reviewing the *Beckles* decision and making contact with Petitioner/Defendant, who is currently in the custody of the Bureau of Prisons, about the *Beckles* decision.  Accordingly,

Petitioner/Defendant respectfully requests thirty (30) days to submit a filing to the Court, and requests that the Court defer ruling on the Motion to Vacate during this deferment.

DATED this 14th day of March, 2017.

> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
> By: */s/ Nisha Brooks-Whittington*
> NISHA BROOKS-WHITTINGTON
> Assistant Federal Public Defender
>
> By: */s/ Sunethra Muralidhara*
> SUNETHRA MURALIDHARA
> Assistant Federal Public Defender

AD67D

;F ;EEA AD67D76ž

63F76 fZ[e⸺QVSk aX? SdZ1 S" #)

_____
Lloyd D. George
U.S. District Judge

2