UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY MCMICHAEL,<br><br>　　　　　Defendant. | Case No. 2:13-cr-325-LDG-VCF<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, July 24, 2016 at 10:00 a.m., be vacated and continued to  Tuesday, August 1, 2017  at the hour of  2 :00  p .m.

　　DATED this 19 day of July, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　LLOYD D. GEORGE

3