1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   PAUL RIDDLE
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   paul_riddle@fd.org
6
   Attorney for Anthony McMichael

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00325-LDG-VCF-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| ANTHONY MCMICHAEL, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle Assistant Federal Public Defender, counsel for Anthony McMichael, that the Revocation Hearing currently scheduled on Thursday, March 22, 2018 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no earlier than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties are attempting to negotiate a resolution which will obviate the need for a hearing. Additional time is needed to complete negotiations.

2. The defendant is incarcerated and agrees with the need for a continuance.

3. The parties agree to the need for a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 21st day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Paul Riddle*<br>By_____<br>PAUL RIDDLE<br>Assistant Federal Public Defender | */s/ Phillip N. Smith, Jr.*<br>By_____<br>PHILLIP N. SMITH, JR.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00325-LDG-VCF-1 |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY MCMICHAEL, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on Thursday, March 22, 2018 at 1:30 p.m., be vacated and continued to  April 23, 2018  at the hour of  3 : 00  p.m.

DATED this  21st  day of March, 2018.

_____
RICHARD F. BOUWLARE, II
UNITED STATES DISTRICT JUDGE