# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY McMICHAEL,<br><br>Defendant. | Case No. 2:13-cr-00325-LDG-VCF<br><br>ORDER REGARDING ADDITIONAL CONDITIONS OF RELEASE |

Presently before the court is the matter of U.S.A. v. Anthony McMichael. On April 23, 2018, this court held a hearing regarding the conditions of the defendant's supervision in the instant matter.

The Court ORDERED that Mr. McMichael's supervision to be modified to include his residence in the residential re-entry center on April 23, 2018 upon availability of bed space.

Consistent with its Orders at the hearing, the Court **Ordered** and **now Orders** that Mr. McMichael is continued on release with same conditions as previously imposed with the following additions and modifications:

    1. <u>Reside at Residential Reentry Center with GPS Monitoring</u>  You must reside at the and participate in the program at residential reentry center with GPS monitoring for a term of 10 months with participation in the C.A.R.E. program.   You must follow the rules and regulations of the center. You may request for a modification after completion of the C.A.R.E program as to your residence as approved by probation department.

    2. C.A.R.E. Program You shall participate in the C.A.R.E. Program for a period of up to seven months as approved and directed by the probation officer. While participating in the program, if you test positive for alcohol, or any controlled substance, and/or any form of

synthetic marijuana or synthetic stimulants, you will be taken into custody for a minimum period of seven days.

3.<u>Subsistence payments</u> subsistence payments while you are residing at the Residential Reentry Center are waived.

IT IS FURTHER ORDERED that Defendant is remanded to custody to be released to the Probation Office on April 24, 2018.

IT IS FURTHER ORDERED that sentencing on revocation is deferred until March 19, 2019 at 1:30 PM in LV Courtroom 7C before Judge Richard F. Boulware, II.

IT IS SO ORDERED this <u>23th</u> day of April, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE