RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorney for Anthony McMichael

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-325-LDG-VCF |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| ANTHONY MCMICHAEL | |
| Defendant. | |

     Comes now the defendant, Anthony McMichael, by and through his counsel of record, Paul D. Riddle, Assistant Federal Public Defender, and hereby moves this court for an order to modify his conditions of supervised release. This motion is supported by the following Memorandum of Points and Authorities.

     DATED this 27th day of August, 2018.

RENE L. VALLADARES
Federal Public Defender

By:   */s/ Paul D. Riddle*
          PAUL D. RIDDLE
          Assistant Federal Public Defender
          Attorney for Anthony McMichael

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. On April 23, 2018, the defendant admitted to having violated the conditions of his supervised release. This court released Mr. Michael from detention and modified his pre-existing conditions of supervision. Among other conditions, this Court ordered that Mr. McMichael be placed on Home Incarceration at the halfway house with GPS monitoring. *See* Minutes (#93).

2. Mr. McMichael now seeks to remove the Location Monitoring Condition of GPS monitoring and Home Incarceration at the halfway house. He has been fully compliant since he last appeared in court.

3. Undersigned counsel has spoken personally with Mr. McMichael's probation officer, Officer Salem and Ms. Salem joins the defendant in this request. She does not believe that the location monitoring or continued placement at the halfway house are necessary as Mr. McMichael has been fully compliant with his conditions of supervision. He has successfully participated in the C.A.R.E. program, and he has obtained employment since last appearing before this Court.

4. The government also has no opposition.

DATED this 27th day of August, 2018.

RENE L. VALLADARES
Federal Public Defender

*/s/ Paul D. Riddle*
By:_____
PAUL D. RIDDLE,
Assistant Federal Public Defender

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-325-LDG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY MCMICHAEL, | |
| Defendant. | |

IT IS HEREBY ORDERED that Defendant Anthony McMichael, have his Location Monitoring removed and that he be released from the halfway house. All other conditions of Mr. McMichael's supervised release remain in full effect.

DATED this 12th day of September, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on August, 27th, 2018, she served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** by electronic service (ECF) to the person named below:

DAYLE ELIESON
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste 1100
Las Vegas, NV 89101

*/s/ Kimberly Ewell*
Employee of the Federal Public Defender