RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Anthony McMichael

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY MCMICHAEL,<br><br>Defendant. | Case No. 2:13-cr-00325-RFB-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Simon Kung, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Anthony McMichael, that the Revocation Hearing currently scheduled on November 22, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than three (3) weeks.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to meet and confer with her client prior to the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 21st day of November, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By */s/ Margaret W. Lambrose*<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By */s/ Simon Kung*<br>SIMON KUNG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00325-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| ANTHONY MCMICHAEL, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, November 22, 2019 at 1:00 p.m., be vacated and continued to December 16, 2019 at the hour of 1:00 p.m.; or to a time and date convenient to the court.

DATED this 21st day of November, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE